FILED'07 DEC 14 15:59 USDC-ORP

James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave.
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 94-358-01-MA |
|---|---|
| Plaintiff, | |
| vs. | ORDER REDUCING SENTENCE TO TIME SERVED ON ALL COUNTS OF CONVICTION |
| ALEJANDRO GILES CUEVAS, | |
| Defendant | |

This matter having come before the Court upon the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the Court having found that the retroactive amendment to the crack cocaine guideline reduces the base offense level from 34 to 32, and further recognizing the recent holding in *Kimbrough v. United States*, 2007 U.S. 4292040, 2007 Lexis 13082 (Dec. 10, 2007) that the crack cocaine guidelines are advisory,

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to time served on all counts as of December 14, 2007;

IT IS FURTHER ORDERED THAT all other terms and provisions of the original judgment remain in effect.

Date: December 14, 2007

*Malcolm F. Marsh*
The Honorable Malcolm F. Marsh
United States District Court Judge

PAGE 1 - ORDER REDUCING SENTENCE TO TIME SERVED ON
ALL COUNTS OF CONVICTION
c:\archive\giles\orderreducingsentence.doc December 14, 2007

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave, 2d Floor
Portland, OR 97204-3326
Tel (503) 295-0301 Fax (503) 228-6551

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I served the attached ORDER REDUCING SENTENCE TO TIME SERVED ON ALL COUNTS OF CONVICTION on:

Kent Robinson
Assistant United States Attorney
1000 SW Third Ave, 6th Floor
Portland, OR 97204

    by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

    by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

    by ✓ e-mail.

/s James F. Halley
James F. Halley, OSB #91175

The foregoing is a true, correct and complete copy of the original.

_____
James F. Halley, OSB #91175

PAGE 2 - ORDER REDUCING SENTENCE TO TIME SERVED ON ALL COUNTS OF CONVICTION
c:\archive\giles\orderreducingsentence.doc  December 14, 2007

James F Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S.W. First Ave., 2d Floor
Portland, OR 97204-3316
Tel (503) 295-0301 Fax (503) 228-6551